ENT 57829:2006 PG 1 of 1
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
2006 May 10 2:54 pm FEE 10.00 BY KH
RECORDED FOR ACKERMAN, PAM

FILED
U.S. DISTRICT COURT

2006 MAY 11  A 8: 55

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

**AFFIVADIT OF MISTAKE**

I, Pamela B. Ackerman, signed for and opened this package on April 20, 2006 and realized that the contents concerning CASE NUMBER:2:06-cr-00240-DB were mistaken in the following ways:

1. The person named in the INDICTMENT is not me.

2. The TRUE BILL on page 16 was not signed by the FOREPERSON OF THE GRAND JURY as required by law.

3. RETURN OF SERVICE attached to the INDICTMENT was not filled out properly, nor dated, nor signed.

I am refusing this INDICTMENT for cause without dishonor.

Signed _by: Pamela B Ackerman_ Date _4/21/06_
Pamela B. Ackerman                April 21, 2006

Notary Signature _Colleen Pascavage_ Date _4/21/06_

Idaho Falls Idaho
3/8/2009 expire

Stamp  [Notary Seal: COLLEEN PASCAVAGE, NOTARY PUBLIC, STATE OF IDAHO]